1 | **SO. CAL. EQUAL ACCESS GROUP**
2 | Jason J. Kim (SBN 190246)
3 | Jason Yoon (SBN 306137)
  | 101 S. Western Ave., Second Floor
4 | Los Angeles, CA 90004
  | Telephone: (213) 205-6560
5 | cm@SoCalEAG.com

Attorneys for Plaintiff
LAMAR MYERS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>SRGC, LLC. D/B/A EDDIE'S LIQUOR; KIET T. SNOW, AS TRUSTEE OF THE SNOW FAMILY TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:25-cv-01977-AJR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff LAMAR MYERS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED:  May 30, 2025            **SO. CAL. EQUAL ACCESS GROUP**

                      By:   */s/   Jason J. Kim*
                            Jason J. Kim, Esq.
                            Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**